DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TORRIS BERNARD HILL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1618

[November 17, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 43-2003-CF-001639A.

Torris Bernard Hill, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***